UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frank Sweet,

                Plaintiff(s),

v.                                                Case No. 2:17−cv−13699−RHC−APP
                                                Hon. Robert H. Cleland

Empire Auto Solutions, LLC, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  August 14, 2018 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/L. Wagner
                                                          Case Manager

Dated:  August 8, 2018