UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

FRANK SWEET,

    Plaintiff,

-vs-

EMPIRE AUTO SOLUTIONS, LLC, et. al.,

    Defendants.

Case No. 2: 17-CV-13699-RHC-APP
Hon. Robert H. Cleland
Magistrate Judge: Anthony P. Patti

## BILL OF COSTS

On July 25, 2019, the Court entered judgment in favor of Mr. Sweet. (R.36). As prevailing party, Mr. Sweet requests that the Clerk of the Court approve and tax the following costs under F.R.Civ.P. 54 and LR 54.1.

| | Category | Amount | Attorney Comments | Reference |
|---|---|---|---|---|
| A | Fees of the Clerk | $ 400.00 | Filing fee. | Exhibit 2 |
| B | Court Reporter Fees | $ 0.00 | Non-Applicable | |
| C | Witness Fees | $ 0.00 | Non-Applicable | |
| D | Service Fees | $ 155.40 | DGR Process Servers for Charles T. Butler, Invoice 360724. | Exhibit 3 |
| D | Service Fees | $ 155.40 | DGR Process Servers for Empire Auto Solutions d/b/a/ Empire Consumer Services, Invoice 360743. | Exhibit 4 |

| | Category | Amount | Attorney Comments | Reference |
|---|---|---|---|---|
| D | Service Fees | $ 91.40 | DGR Process Servers for Ruben Gutierrez, Invoice 360740. | Exhibit 4 |
| D | Service Fees | $ 151.00 | DGR Process Servers for Origin Warranty, LLC, Invoice 446120. | Exhibit 5 |
| D | Service Fees | $ 151.00 | DGR Process Servers for James Silva Gutierrez, Invoice 446116. | Exhibit 5 |
| D | Service Fees | $ 151.00 | DGR Process Servers for Vanessa Gutierrez a/k/a Vanessa Esparza, Invoice 446105. | Exhibit 5 |
| D | Service Fees | $ 7.10 | Certified Mail service of summons and complaint to registered agent of Origin Warranty, LLC – LegalZoom.com, Inc. #9214-7969-0099-9790-1626-9924-65 | Exhibit 6 |
| E | Printing Fees | $ 0.00 | Not Seeking | |
| F | Exemplification & Copy Fees | $ 0.00 | Not Seeking | |
| G | Other Costs | $ 0.00 | Not Seeking | |
| | Total | $ 1,262.30 | | |

                                              Respectfully Submitted,

                                              By: s/ Sylvia S. Bolos
                                              Sylvia S. Bolos P78715
                                              Sylvia Bolos P78715
                                              LYNGKLIP & ASSOCIATES,
                                              CONSUMER LAW CENTER, PLC
                                              Attorney for Frank Sweet
                                              24500 Northwestern Highway, Ste. 206
                                              Southfield, MI 48075
                                              (248) 208-8864
                                              SylviaB@ConsumerLawyers.Com

Dated: September 17, 2019

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, I will electronically file the document above with the Clerk of Court using the CM/ECF system that will provide notice to all counsel of record. And I will cause to be mailed the foregoing paper to the served Parties and via the Manner identified below:

| Party | Manner |
|---|---|
| Charles T. Butler<br>8786 Vinmar Avenue<br>Rancho Cucamonga, CA 91730 | US First Class Mail |
| Ruben Gutierrez<br>1133 South Nantes Avenue<br>Hacienda Heights, CA 91745 | US First Class Mail |
| Empire Auto Solutions, LLC<br>C/O Ruben Gutierrez<br>1133 South Nantes Avenue<br>Hacienda Heights, CA 91745 | US First Class Mail |
| James Silva Gutierrez<br>26 Oak Cliff Drive<br>Pomona, CA 91766 | US First Class Mail |
| Vanessa Gutierrez<br>26 Oak Cliff Drive<br>Pomona, CA 91766 | US First Class Mail |
| Origin Warranty, LLC<br>C/O LegalZoom.com, Inc.<br>101 N. Brand Blvd. 11th Floor<br>Glendale, CA 91203 | US First Class Mail |

Respectfully Submitted,

By: <u>s/ Sylvia S. Bolos</u>
Sylvia S. Bolos P78715
Sylvia Bolos P78715
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Frank Sweet
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@ConsumerLawyers.Com

Dated: September 17, 2019