UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Frank Sweet,

v.

Empire Auto Solutions, LLC, et al.

Civil No: 17-13699

Judicial Officer: Robert H. Cleland

/

# TAXED BILL OF COST

On July 25, 2019, a judgment was entered in favor of **the Plaintiff.** The prevailing party now requests the clerk to tax the following costs:

|   |   | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk *(28:1920(1))(28:1923)* | $400.00 | $0.00 | **See Attached. |
| B | Service Fees | $862.30 | $0.00 | **See Attached. |
| C | Court Reporter Fees |   |   |   |
| D | Printing Fees |   |   |   |
| E | Witness Fees |   |   |   |
| F | Exemplification & Copy Fees |   |   |   |
| G | Docket fees (28 U.S.C. 1923) |   |   |   |
| H | Costs on Mandate of Appeal |   |   |   |
| I | Court-appointed experts |   |   |   |
| J | Interpreters and Services |   |   |   |
| K | Other costs |   |   |   |
|   | **TOTALS** | $1,262.30 | $0.00 |   |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 09/17/19

David J. Weaver, Clerk

s/D.Peruski
*Deputy Clerk*

Rev. 11/22/11

**\*\*Costs Denied:**

| | |
|---|---|
| Fees of the Clerk: $400.00 | Costs are denied as the bill of costs was not filed within 28 days of the entry of the judgment. |
| Service Fees: $862.30 | See above. |

# Mailing Information for a Case 2:17-cv-13699-RHC-APP Sweet v. Empire Auto Solutions, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sylvia Bolos**
  sylviab@consumerlawyers.com,lbranco@consumerlawyers.com
- **Ian B. Lyngklip**
  Ian@ConsumerLawyers.com,Laura@MichiganConsumerLaw.Com