UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

FRANK SWEET,

    Plaintiff,

-vs-

EMPIRE AUTO SOLUTIONS, LLC,

    Defendants.

Case No. 2: 17-CV-13699-RHC-APP
Hon. Robert H. Cleland
Magistrate Judge: Anthony P. Patti

**NOTICE OF WITHDRAWAL OF
MOTION FOR ATTORNEY'S FEES AND NONTAXABLE COSTS
(DOCKET 38)**

On September 17, 2019, Plaintiff filed the Motion for Attorney's fees and nontaxable costs. (R.38.) On September 24, 2019, the Court Ordered Plaintiff to show cause why the court should consider the otherwise untimely Motion for Attorney's fees and nontaxable costs. (Text-Only Order, September 24, 2019).

Following a review of Fed.R.Civ.P 6(b), Plaintiff cannot satisfy the standards of good cause or excusable neglect to permit the court to consider the otherwise untimely Motion. Accordingly, the Plaintiff withdraws the motion for Attorney's Fees and Nontaxable Costs.

Respectfully Submitted,

By: <u>s/ Sylvia S. Bolos</u>
Sylvia S. Bolos P78715
Sylvia Bolos P78715
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Frank Sweet
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@ConsumerLawyers.Com

Dated: September 30, 2019

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2019, I will electronically file the document above with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following persons:

| Party | Manner |
|---|---|
| Charles T. Butler<br>8786 Vinmar Avenue<br>Rancho Cucamonga, CA 91730 | US First Class Mail |
| Ruben Gutierrez<br>1133 South Nantes Avenue<br>Hacienda Heights, CA 91745 | US First Class Mail |
| Empire Auto Solutions, LLC<br>C/O Ruben Gutierrez<br>1133 South Nantes Avenue<br>Hacienda Heights, CA 91745 | US First Class Mail |
| James Silva Gutierrez<br>26 Oak Cliff Drive<br>Pomona, CA 91766 | US First Class Mail |
| Vanessa Gutierrez<br>26 Oak Cliff Drive<br>Pomona, CA 91766 | US First Class Mail |
| Origin Warranty, LLC<br>C/O LegalZoom.com, Inc.<br>101 N. Brand Blvd. 11th Floor<br>Glendale, CA 91203 | US First Class Mail |

Respectfully Submitted,

By: <u>s/ Sylvia S. Bolos</u>
Sylvia S. Bolos P78715
Sylvia Bolos P78715
LYNGKLIP & ASSOCIATES,
CONSUMER LAW CENTER, PLC
Attorney for Frank Sweet
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
SylviaB@ConsumerLawyers.Com

Dated: September 30, 2019